IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GARY HAWKINS and DEBBIE E. HAWKINS,<br><br>    Plaintiffs,<br><br>v.<br><br>FLORA KONADU,<br><br>    Defendant. | CIVIL ACTION FILE NO.<br>1:11-CV-00197-TWT |

## STIPULATION OF VOLUNTARY DISMISSAL

COME NOW Plaintiff, Defendant, State Farm Mutual Automobile Insurance Company, and Church Mutual Insurance Company ("Church Mutual") and stipulate to the voluntary dismissal of all claims in this action under Federal Rule of Civil Procedure 41(A)(1)(a)(ii).

Each party is responsible for its own court costs and attorney fees, and no party is entitled to discretionary costs.

This Stipulation of Dismissal is agreed and consented to by all parties who have appeared in this case.

Respectfully submitted this 17th day of October, 2011.

**Consented to by:**

| | |
|---|---|
| THE CUFFIE LAW FIRM<br><br>/S/HAROLD W. SPENCE<br>Harold W. Spence, Esq.<br>*State Bar No. 671150*<br>William E. Stiles, Jr., Esq.<br>*State Bar No. 772146*<br>3080 Campbellton Road<br>Atlanta, GA  30311<br>Telephone – (404) 344-4242<br>Email - hspence@cuffielawfirm.com<br>Email - wstiles@cuffielawfirm.com<br>*Attorneys for Plaintiffs* | DREW, ECKL & FARNHAM, LLP<br><br>/S/ NICHOLAS P. SMITH<br>Barbara A. Marschalk, Esq.<br>*State Bar No. 324498*<br>Nicholas P. Smith, Esq.<br>*State Bar No. 142303*<br>880 West Peachtree Street (30309)<br>Post Office Box 7600<br>Atlanta, GA  30357<br>Telephone - (404) 885-1400<br>Facsimile - (404) 876-0992<br>Email – bmarschalk@deflaw.com<br>Email - nsmith@deflaw.com<br>*Attorneys for Church Mutual Insurance Company* |
| DOWNEY & CLEVELAND, LLP<br><br>/S/ SEAN L. HYNES<br>Sean L. Hynes, Esq.<br>*State Bar No. 381698*<br>288 Washington Avenue<br>Marietta, GA 30060-1997<br>Telephone – (770) 422-3233<br>Email - hynes@downeycleveland.com<br>*Attorneys for State Farm Mutual Automobile Insurance Company* | LAW OFFICE OF PHILIP M. WILLIAMS<br><br>/S/ PHILIP M. WILLIAMS<br>Philip M. Williams, Esq.<br>*State Bar No. 763650*<br>2970 Clairmont Road, Suite 600<br>Atlanta, GA 30329<br>Telephone - (404) 720-7695<br>Facsimile - (404) 633-9909<br>Email - WILLIAP6@nationwide.com<br>*Attorney for Defendant* |

## CERTIFICATE OF FONT COMPLIANCE

Counsel for the parties hereby certify that the forgoing Consent Motion for an Extension of Time to File The Consolidated Pre-Trial Order has been prepared with one of the font and point selections approved by the Court in LR 5.1(B): Times New Roman (14 point).

This 17th day of October, 2011.

| THE CUFFIE LAW FIRM | DREW, ECKL & FARNHAM, LLP |
|---|---|
| /S/ HAROLD W. SPENCE<br>Harold W. Spence, Esq.<br>*State Bar No. 671150*<br>William E. Stiles, Jr., Esq.<br>*State Bar No. 772146*<br>3080 Campbellton Road<br>Atlanta, GA 30311<br>Telephone – (404) 344-4242<br>Email - hspence@cuffielawfirm.com<br>Email - wstiles@cuffielawfirm.com<br>*Attorneys for Plaintiffs* | /S/ NICHOLAS P. SMITH<br>Barbara A. Marschalk, Esq.<br>*State Bar No. 324498*<br>Nicholas P. Smith, Esq.<br>*State Bar No. 142303*<br>880 West Peachtree Street (30309)<br>Post Office Box 7600<br>Atlanta, GA 30357<br>Telephone - (404) 885-1400<br>Facsimile - (404) 876-0992<br>Email – bmarschalk@deflaw.com<br>Email - nsmith@deflaw.com<br>*Attorneys for Church Mutual Insurance Company* |

| DOWNEY & CLEVELAND, LLP | LAW OFFICE OF PHILIP M. WILLIAMS |
|---|---|
| /S/ SEAN L. HYNES<br>Sean L. Hynes, Esq.<br>**State Bar No.  381698**<br>288 Washington Avenue<br>Marietta, GA 30060-1997<br>Telephone – (770) 422-3233<br>Email - hynes@downeycleveland.com<br>***Attorneys for State Farm Automobile Insurance Company*** | /S/ PHILIP M. WILLIAMS<br>Philip M. Williams, Esq.<br>**State Bar No.  763650**<br>2970 Clairmont Road, Suite 600<br>Atlanta, GA 30329<br>Telephone - (404) 720-7695<br>Facsimile - (404) 633-9909<br>Email - WILLIAP6@nationwide.com<br>***Attorney for Defendant*** |

3116334/1

0120-67194